Reginald Turner
1819 Michigan Street, N.E.
Grand Rapids, Michigan  49503

**FILED - GR**
September 24, 2020 11:44 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:tlb  SCANNED BY: TB 9/25/20

September 10, 2020

**1:20-cv-930**
Paul L Maloney - U.S. District Judge
Phillip J. Green - U.S. Magistrate Judge

Clerk of the Court
United States District Court
Western District of Michigan
180 Ottawa Avenue N.W.
Grand Rapids, Michigan  49503

Re:  Filing Complaint
     Turner v L.A. Insurance

Dear Clerk,

Attached hereto is a copy of the plaintiff(s) Complaint o fInjuries suffered as the result of a traffic accident is submitted into the District Court for a judicial decision and review.  Please file and docket the complaint in the Court and forward a copy of the docket sheet to the plaintiff at the address given above. Your coopeation in this important matter is deeply appreciated.

Thank you,

*Reginald Turner*
Reginald Turner et. al.,/Plaintiff(s)

Victor B. Perkins
08783-039 1-2
P.O. Box 4000
Federal Medical Center
Rochester, Minn. 55903

Attn: C
u
u
l
G

(Legal Mail)






Clerk of the Court
United States District Court
Western District of Michigan
80 OTTAWA Avenue, N.W
Grand Rapids, Michigan 49503

(Legal Mail)

**61ST DISTRICT COURT**
**KENT COUNTY COURTHOUSE**
**SUITE 1400**
**180 OTTAWA AVENUE N.W.**
**GRAND RAPIDS, MICHIGAN 49503**

**FORWARDING SERVICE REQUESTED**

U.S. District Court Wes
399 Federal Buildi
110 Michigan St. N
Grand Rapids, MI 4



ern District of Michigan

7503