UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD TURNER,

    Plaintiff,

v.

                              Case No. 1:20-cv-930

L.A. INSURANCE,                     HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  October 20, 2020                               /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge